**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of January, two thousand and nineteen.

Before:        John M. Walker, Jr.,
                    Dennis Jacobs,
                        *Circuit Judges,*
                  Michael P. Shea,
                        *District Judge.\**

_____

Kareem Bellamy,

        Plaintiff - Appellant,

v.

City of New York, John J. Gillen, Michael F. Solomeno,

        Defendants- Appellees,


John Doe 1, John Doe 2, Supervising Officers at the NYPD 101st Precinct, Vincent NMI Pepe, Robert Schruhl,
        Defendants.

_____

**JUDGMENT**
Docket No. 17-1859

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

MANDATE ISSUED ON 03/21/2019

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in part and VACATED in part. The case is REMANDED to the district court for further proceedings consistent with this Court's opinion.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

_____
*Judge Michael P. Shea, of the United States District Court for the District of Connecticut, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit